**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 531 EAL 2016
                                      :
           Respondent        :
                                        :    Petition for Allowance of Appeal from
                                        :    the Order of the Superior Court
              v.                    :
                                        :
                                        :
EUGENE MYRICK,                 :
                                        :
           Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.